No. 85–2039.   UNITED STATES v. JOHNSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOHNSON.   C. A. 11th Cir.   [Certiorari granted, *ante*, p. 811.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 85–2067.   UNITED STATES v. MENDOZA-LOPEZ ET AL.   C. A. 8th Cir.   [Certiorari granted, *ante*, p. 811.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.   Motion of respondents for leave to proceed further herein *in forma pauperis* granted.

No. 85–2099.   PENNSYLVANIA v. FINLEY.   Super. Ct. Pa.   [Certiorari granted, *ante*, p. 812.]   Motion for appointment of counsel granted, and it is ordered that Catherine M. Harper, of Lansdale, Pa., be appointed to serve as counsel for respondent in this case.

No. 85–5221.   GRIFFITH v. KENTUCKY.   Sup. Ct. Ky.   [Certiorari granted, 476 U. S. 1157.]   Motion for appointment of counsel granted, and it is ordered that J. Vincent Aprile II, Esquire, of Frankfort, Ky., be appointed to serve as counsel for petitioner in this case.

No. 86–5479.   WRENN v. OHIO DEPARTMENT OF MENTAL HEALTH.   C. A. 6th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until November 24, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 86–5678.   HILL v. CITY OF HOUSTON, TEXAS.   C. A. 5th Cir.   Motion of appellant to expedite consideration of the cross-appeal granted.